**JS 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| In re GOODRX HOLDINGS, INC. DERIVATIVE LITIGATION, | Lead Case No. 2:21-cv-03671-DOC-PD |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | **ORDER GRANTING JOINT STIPULATION TO STAY ACTION** |

The Court has reviewed the Parties' Joint Stipulation to Stay Action. For the reasons identified in that Stipulation and good cause appearing, the Court HEREBY ORDERS that:

1. The Consolidated Derivative Action shall be stayed until the entry of an order finally resolving the motion to dismiss the operative complaint in the Securities Litigation and the exhaustion of all appeals, as the stay will promote the efficient and orderly administration of justice by coordinating the prosecution of the Consolidated Derivative Action and the Securities Litigation.

2. Defendants shall promptly notify Plaintiffs of any filed or threatened shareholder derivative lawsuit asserting substantially similar allegations and related claims as are asserted in the Consolidated Derivative Action ("Related Derivative Action") of which they become aware.

3. If a Related Derivative Action is both not consolidated with the Consolidated Derivative Action and is not stayed for the same or longer duration as the stay of the Consolidated Derivative Action, Plaintiffs may lift the agreed stay upon ten (10) days' notice in writing.

4. During the pendency of the stay, Plaintiffs may file a consolidated complaint, though Defendants are not required to move against, answer or otherwise respond to such a consolidated complaint during the pendency of the stay.

5. Within fifteen (15) days following the lifting of the stay in accordance with the provisions of this stipulation, the Parties will submit a proposed schedule to the Court regarding Defendants' response to the complaint in the Consolidated Derivative Action.

6. All deadlines, hearings, or conferences currently scheduled shall be postponed until the date and time that will be specified in the proposed scheduling order to be submitted by the Parties, or as otherwise set by the Court.

7. The parties must file a joint status update in 90 days.

1 | IT IS SO ORDERED.

3 | Dated: December 13, 2021

*David O. Carter*
The Honorable David O. Carter
United States District Judge